IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **CardWare Inc.,** | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 7:24-cv-00279-ADA |
| | § | |
| **Apple Inc.,** | § | JURY TRIAL DEMANDED |
| | § | |
| **Defendant.** | § | |
| | § | |

## PLAINTIFF CARDWARE INC.'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Plaintiff CardWare Inc. certifies that there is no parent corporation and that no publicly held corporation owns 10 percent or more of the interest in CardWare Inc.

Dated: November 6, 2024                                            Respectfully submitted,

*/s/ Eric H. Findlay*_____
Eric H. Findlay
State Bar No. 00789668
FINDLAY CRAFT, P.C.
7270 Crosswater Avenue, Suite B
Tyler, Texas 75703
Tel: (903)534-1100
Fax: (903)534-1137
efindlay@findlaycraft.com

Matthew G. Berkowitz
Yue (Joy) Wang
Navid C. Bayar
Reichman Jorgensen Lehman & Feldberg LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Tel: (650) 623-1401
mberkowitz@reichmanjorgensen.com
ywang@reichmanjorgensen.com
nbayar@reichmanjorgensen.com

>Caroline Walters
>Khue Hoang
>Patrick Colsher
>Reichman Jorgensen Lehman & Feldberg LLP
>400 Madison Avenue, Suite 14D
>New York, NY 10017
>Tel: (212) 381-1965
>cwalters@reichmanjorgensen.com
>khoang@reichmanjorgensen.com
>pcolsher@reichmanjorgensen.com
>
>***Attorneys for Plaintiff CardWare Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2024 I will electronically file the foregoing document with the Clerk of Court using the CM/ECF system, which will then send notification of such filing to the attorneys of record in this case.

>/s/*Eric H. Findlay*
>Eric H. Findlay