**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND DIVISION**

CARDWARE INC.

vs.                                                    Case No.:  7:24-CV-00279-ADA

APPLE INC.

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now  Caroline M. Walters                            , applicant herein, and

moves this Court to grant admission to the United States District Court for the Western  District of

Texas pro hac vice to represent  CardWare Inc.                            in this case, and

would respectfully show the Court as follows:

1.    Applicant is an attorney and a member of the law firm (or practices under the name of)

Reichman Jorgensen Lehman & Feldberg LLP            with offices at:

Mailing address:  400 Madison Avenue, Suite 14D

City, State, Zip Code:  New York, NY 10017

Telephone:  (212) 381-1965            Facsimile:  (650) 560-3501

2.    Since  April 27, 2020                , Applicant has been and presently is a

member of and in good standing with the Bar of the State of  New York            .

Applicant's bar license number is  5780739                            .

3.    Applicant has been admitted to practice before the following courts:

Court:                                    Admission date:

See Attachment A

4.    Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

   N/A

5.    I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: _____ on the _____ day of _____, _____.

   Number: _____ on the _____ day of _____, _____.

   Number: _____ on the _____ day of _____, _____.

6.    Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

   N/A

7.    Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

   N/A

8.    Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9.    Applicant will file an Application for Admission to Practice before the United States

District Court for the Western District of Texas, if so requested; or Applicant has

co-counsel in this case who is admitted to practice before the United States District

Court for the Western District of Texas.

Co-counsel: ___Eric H. Findlay; Findlay Craft, P.C._____

Mailing address: ___7270 Crosswater Avenue, Suite B_____

City, State, Zip Code: ___Tyler, Texas 75703_____

Telephone: ___903-534-1100_____

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac

vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to:  Clerk, U.S. District

Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of

___Caroline M. Walters_____ to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

__Caroline M. Walters_____

[printed name of Applicant]

_Caroline Walters_____

[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each  attorney of

record and the original upon the Clerk of Court on this the __14th__ day of __November_____, __2024___ .

__Caroline M. Walters_____

[printed name of Applicant]

_Caroline Walters_____

[signature of Applicant]

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**

**MIDLAND DIVISION**    ▾

CARDWARE INC.

vs.                                                          Case No.: 7:24-CV-00279-ADA
APPLE INC.


**ORDER**

      BE IT REMEMBERED on this day, there was presented to the Court the Motion for

Admission Pro Hac Vice filed by _Caroline M. Walters_____, counsel for

_CardWare Inc._____, and the Court, having reviewed the motion, enters

the following order:

      IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and

_Caroline M. Walters_____ may appear on behalf of _CardWare Inc._____

in the above case.

      IT IS FURTHER ORDERED that _Caroline M. Walters_____, if he/she

has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S.**

**District Court**, in compliance with Local Court Rule AT-l(f)(2).

      SIGNED this the _____ day of _____, 20_____.


_____

UNITED STATES MAGISTRATE JUDGE    ▾