UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

CARDWARE INC.

vs.  Case No.: 7:24-CV-00279-ADA

APPLE INC.

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Matthew Berkowitz, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent CardWare Inc. in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Reichman Jorgensen Lehman & Feldberg LLP with offices at:

   Mailing address: 100 Marine Parkway, Suite 300

   City, State, Zip Code: Redwood Shores, California 94065

   Telephone: (650) 623-1401   Facsimile: (650) 560-3501

2. Since June 28, 2016, Applicant has been and presently is a member of and in good standing with the Bar of the State of California. Applicant's bar license number is 310426.

3. Applicant has been admitted to practice before the following courts:

   Court:  Admission date:

   See Attachment A

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

   N/A

5. I ☒ have ☐ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: _See Attachment B_____ on the _____ day of _____, _____.

   Number: _____ on the _____ day of _____, _____.

   Number: _____ on the _____ day of _____, _____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

   N/A

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

   N/A

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Eric H. Findlay; Findlay Craft, P.C.

Mailing address: 7270 Crosswater Avenue, Suite B

City, State, Zip Code: Tyler, Texas 75703

Telephone: 903-534-1100

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-1(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Matthew Berkowitz to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Matthew Berkowitz
[printed name of Applicant]

[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 14th day of November, 2024.

Matthew Berkowitz
[printed name of Applicant]

[signature of Applicant]

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

CARDWARE INC.

vs.                                      Case No.: 7:24-CV-00279-ADA
APPLE INC.

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Matthew Berkowitz, counsel for CardWare Inc., and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Matthew Berkowitz may appear on behalf of CardWare Inc. in the above case.

IT IS FURTHER ORDERED that Matthew Berkowitz, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of _____, 20_____.


_____
UNITED STATES MAGISTRATE JUDGE

## Attachment A

I, Matthew Berkowitz, have been admitted to practice in the following courts:

| Title of Court | Date Admitted |
|---|---|
| New York State Court (4397899) | 3/14/2006 |
| PTO Registration No. 57,215 | 8/24/2006 |
| U.S. District Court, Southern District of New York | 6/15/2010 |
| U.S. District Court, Eastern District of New York | 6/15/2010 |
| US Court of Appeals, Federal Circuit | 8/6/2014 |
| U.S. District Court, Eastern District of Michigan | 9/18/2014 |
| California State Court (310426) | 6/28/2016 |
| U.S. District Court, Central District of California | 12/11/2017 |
| U.S. District Court, Northern District of California | 1/29/2018 |
| U.S. District Court, District of Colorado | 11/2/2018 |
| U.S. Court of Appeals, Ninth Circuit | 11/16/2020 |
| U.S. District Court, Eastern District of Texas | 3/8/2024 |

## Attachment B

I, Matthew Berkowitz, have previously applied for Pro Hac Vice in the WDTX:

| Case No. | Date of PHV Application |
|---|---|
| 6:13-cv-365 | 2/28/2014 |
| 6:20-cv-563 | 8/18/2020 |
| 6:21-cv-1230 | 12/29/2021 |
| 6:20-cv-1216 | 3/12/2021 |
| 1:23-cv-1020 | 6/30/2022 |
| 6:22-cv-410 | 6/30/2022 |
| 6:22-cv-1134 | 4/3/2023 |