# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| CARDWARE, INC. *Plaintiff*, v. APPLE INC., *Defendant*. | Case No. 7:24-cv-00279-ADA |

## APPLE INC.'S CORPORATE DISCLOSURE STATEMENT
## PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Apple Inc. hereby discloses it has no parent corporation and that there is no publicly-held company that owns 10% or more of Apple Inc.'s stock.

Dated: January 10, 2025

Respectfully submitted,

*/s/ John M. Guaragna*
John M. Guaragna
Texas Bar No 24043308
Zachary Loney
Texas Bar No. 24092714
Nandan R. Padmanabhan
Texas Bar No 24145172
DLA PIPER LLP (US)
303 Colorado, Suite 3000
Austin, TX 78701
Tel: (512) 457-7125
Fax: (512) 457-7001
john.guaragna@us.dlapiper.com
zachary.loney@us.dlapiper.com
nandan.padmanabhan@us.dlapiper.com

Sean Cunningham
Erin Gibson
Robert Williams
Peter Maggiore
DLA PIPER LLP (US)

1616173170.1

4365 Executive Drive, Suite 1100
San Diego, CA 92121
Tel: (858) 677-1400
Fax: (858) 677-1401
sean.cunningham@us.dlapiper.com
erin.gibson@us.dlapiper.com
robert.williams@us.dlapiper.com
peter.maggiore@us.dlapiper.com

Benjamin Yaghoubian
Martin Ellison (*pro hac vice pending*)
DLA PIPER LLP (US)
2000 Avenue of the Stars
Suite 400, North Tower
Los Angeles, CA 90067
Tel: (310) 595-3000
Fax: (310) 595-3300
benjamin.yaghoubian@us.dlapiper.com
martin.ellison@us.dlapiper.com

**ATTORNEYS FOR DEFENDANT APPLE INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record. Any other counsel of record will be served by first class U.S. mail.

*/s/ John M. Guaragna*
John M. Guaragna

1616173170.1