# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| CARDWARE, INC.<br><br>    *Plaintiff*,<br><br>v.<br><br>APPLE INC.,<br><br>    *Defendant*. | Case No. 7:24-cv-00279-ADA |

## NOTICE OF APPEARANCE

    PLEASE TAKE NOTICE that the following attorney hereby enters her appearance in this matter as counsel of record for Defendant Apple Inc., and consents to electronic service of all papers in this action.

Dated: January 10, 2025

Respectfully submitted,

By: */s/ Erin Gibson*
    Erin Gibson
    DLA PIPER LLP (US)
    4365 Executive Drive, Suite 1100
    San Diego, CA 92121
    Tel: (858) 677-1400
    Fax: (858) 677-1401
    erin.gibson@us.dlapiper.com

    ATTORNEY FOR DEFENDANT
    APPLE INC.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on January 10, 2025, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5. Any other counsel of record will be served by a facsimile and/or first-class mail.

*/s/ Erin Gibson*
Erin Gibson

1616173195.1