## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## MIDLAND/ODESSA DIVISION

| | |
|---|---|
| CARDWARE, INC. <br><br> *Plaintiff*, <br><br> v. <br><br> APPLE INC., <br><br> *Defendant*. | Case No. 7:24-cv-00279-ADA |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the following attorney hereby enters her appearance in this matter as counsel of record for Defendant Apple Inc., and consents to electronic service of all papers in this action.

Dated: January 10, 2025

Respectfully submitted,

By: <u>*/s/ Ahimsa E. Hodari*</u>
Ahimsa E. Hodari
Texas Bar No. 24132415
DLA PIPER LLP (US)
845 Texas Avenue, Suite 3800
Houston, TX 77002
Tel: 713.425.8400
Fax: 713.425.8401
Ahimsa.hodari@us.dlapiper.com

ATTORNEY FOR DEFENDANT
APPLE INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on January 10, 2025, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(b)(1).  Any other counsel of record will be served by a facsimile and/or first-class mail.

*/s/ Ahimsa E. Hodari*
Ahimsa E. Hodari