**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| CARDWARE, INC.<br><br>      *Plaintiff*,<br><br>v.<br><br>APPLE INC.,<br><br>      *Defendant*. | Case No. 7:24-cv-00279-ADA |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the following attorney hereby enters his appearance in this matter as counsel of record for Defendant Apple Inc., and consents to electronic service of all papers in this action.

Dated: January 10, 2025

Respectfully submitted,

By: */s/ Peter Maggiore*
Peter Maggiore
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, CA 92121
Tel: (858) 677-1400
Fax: (858) 677-1401
peter.maggiore@us.dlapiper.com

ATTORNEY FOR DEFENDANT
APPLE INC.

1616173202.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on January 10, 2025, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5. Any other counsel of record will be served by a facsimile and/or first-class mail.

*/s/ Peter Maggiore*
Peter Maggiore
