# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| CARDWARE, INC.<br><br>   *Plaintiff*,<br><br>v.<br><br>APPLE INC.,<br><br>   *Defendant*. | Case No. 7:24-cv-00279-ADA |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the following attorney hereby enters his appearance in this matter as counsel of record for Defendant Apple Inc., and consents to electronic service of all papers in this action.

Dated: January 10, 2025

Respectfully submitted,

By: */s/ Zachary Loney*
  Zachary Loney
  Texas Bar No. 24092714
  DLA PIPER LLP (US)
  303 Colorado Street, Suite 3000
  Austin, TX 78701
  Telephone: (512) 457-7125
  Facsimile: (512) 457-7001
  zachary.loney@us.dlapiper.com

 ATTORNEY FOR DEFENDANT
 APPLE INC.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on January 10, 2025, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5. Any other counsel of record will be served by a facsimile and/or first-class mail.

*/s/ Zachary Loney*
Zachary Loney

1616173182.1