# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| CARDWARE, INC.<br><br>  *Plaintiff*,<br><br>v.<br><br>APPLE INC.,<br><br>  *Defendant*. | Case No. 7:24-cv-00279-ADA |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the following attorney hereby enters his appearance in this matter as counsel of record for Defendant Apple Inc. and consents to electronic service of all papers in this action.

Dated:  January 10, 2025

Respectfully submitted,

*/s/ Michael Saulnier*
Michael Saulnier
Texas Bar No 24131647
**DLA PIPER LLP (US)**
303 Colorado St., Suite 3000
Austin, TX 78701
Telephone: (512) 457-7000
Facsimile: (512) 457-7001
michael.saulnier@us.dlapiper.com

**ATTORNEY FOR DEFENDANT**
**APPLE INC.**

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record. Any other counsel of record will be served by first class U.S. mail.

*/s/ Michael Saulnier*
Michael Saulnier
