## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## MIDLAND DIVISION ▼

CARDWARE, INC.

vs.                                    Case No.:  7:24-cv-00279

APPLE INC.

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Martin Ellison _____, applicant herein, and

moves this Court to grant admission to the United States District Court for the Western  District of

Texas pro hac vice to represent Apple Inc. _____ in this case, and

would respectfully show the Court as follows:

1.    Applicant is an attorney and a member of the law firm (or practices under the name of)

DLA Piper LLP (US) _____ with offices at:

Mailing address:  2000 Avenue of the Stars, Suite 400, North Tower _____

City, State, Zip Code:  Los Angeles, CA 90067 _____

Telephone:  (310) 595-3000 _____    Facsimile:  (310) 595-3300 _____

2.    Since  December 2, 2013 _____, Applicant has been and presently is a

member of and in good standing with the Bar of the State of California _____.

Applicant's bar license number is  292060 _____.

3.    Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
|---|---|
| Ninth Circuit Court of Appeals | November 16, 2015 |
| USDC, Central Dist. of CA | December 11, 2013 |
| USDC, Eastern Dist. of CA | April 3, 3015 |

4.    Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):
N/A



5.    I ☒ have  ☐ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: 6:21-cv-00603-ADA    on the 22  day of July    , 2021 .

Number: 6:22-cv-00151-ADA    on the 25  day of October    , 2023 .

Number: 6:24-cv-00143-ADA    on the 18  day of April    , 2024 .

6.    Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:
N/A

7.    Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):
N/A

8.    Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9.    Applicant will file an Application for Admission to Practice before the United States

District Court for the Western District of Texas, if so requested; or Applicant has

co-counsel in this case who is admitted to practice before the United States District

Court for the Western District of Texas.

Co-counsel:  John M. Guaragna

Mailing address:  303 Colorado St., Suite 3000

City, State, Zip Code:  Austin, TX 78701

Telephone:  512-457-7000

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac

vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to:  Clerk, U.S. District

Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of

Martin Ellison                                    to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Martin Ellison

[printed name of Applicant]

[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each  attorney of

record and the original upon the Clerk of Court on this the  7th  day of  February            ,  2025  .

Martin Ellison

[printed name of Applicant]

[signature of Applicant]

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

### MIDLAND DIVISION ▾

CARDWARE, INC.

vs.                                          Case No.: 7:24-cv-00279
APPLE INC.

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for

Admission Pro Hac Vice filed by <u>Martin Ellison</u>, counsel for

<u>Apple Inc.</u>, and the Court, having reviewed the motion, enters

the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and

<u>Martin Ellison</u> may appear on behalf of <u>Apple Inc.</u>

in the above case.

IT IS FURTHER ORDERED that <u>Martin Ellison</u>, if he/she

has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S.**

**District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of <u>February</u>, 20<u>25</u>.

_____
UNITED STATES DISTRICT JUDGE